PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Rhode Island |
|---|---|
| Name (under which you were convicted): Mario Monteiro | Docket or Case No.: |
| Place of Confinement: Adult Correctional Institutions | Prisoner No.: 119613 |
| Petitioner (include the name under which you were convicted) Mario Monteiro v. | Respondent (authorized person having custody of petitioner) Ashbel T. Wall Director R.I. Dept. Corrections |
| The Attorney General of the State of Rhode Island | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Providence Superior Court, 250 Benefit St. Providence, R.I. 02903

(b) Criminal docket or case number (if you know): P1/02-61 AG

2. (a) Date of the judgment of conviction (if you know): July 10,2002

(b) Date of sentencing: July 10 , 2002

3. Length of sentence: Two consecutive life sentences

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: count 1 first degree murder, count 2 consp,to comm. murder, count3 carring pistol w/o license, count 7 discharge firearm death resulting, count 15 A.D.W. count 19 use of firearm / A.D.W. count 22 A.D.W. Count 26 Use of firearm /comm. felony count 28 A.D.W.

6. (a) What was your plea? (Check one)

(1) Not guilty ☒ (3) Nolo contendere (no contest) ☐

(2) Guilty ☐ (4) Insanity plea ☐

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☒ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?

Yes ☒ No ☐

9. If you did appeal, answer the following:

(a) Name of court: R.I. Supreme Court

(b) Docket or case number (if you know): No. 2006- 118-C.A.

(c) Result: denied and dismissed

(d) Date of result (if you know): June 22,2007

(e) Citation to the case (if you know): state VS. Monteiro 924 A.2d. 784 (R.I.2007)

(f) Grounds raised: Constitutionality of R.I.G.L.§ 11-14-3.2 failure to suppress involuntary statement to police, failure to pass case after improper comments made by prosecutor

(g) Did you seek further review by a higher state court? Yes ☐ No ☒

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☒

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: ______________________________

(3) Date of result (if you know): ______________________________

(4) Citation to the case (if you know): ______________________________

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☐ No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: ______________________________

(2) Docket or case number (if you know): ______________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: ______________________________

(8) Date of result (if you know): ______________________________

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: ______________________________

(2) Docket or case number (if you know): ______________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________

______________________________
______________________________
______________________________
______________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: ______________________________

(8) Date of result (if you know): ______________________________

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: ______________________________

(2) Docket or case number (if you know): ______________________________

(3) Date of filing (if you know): ______________________________

(4) Nature of the proceeding: ______________________________

(5) Grounds raised: ______________________________

______________________________
______________________________
______________________________
______________________________
______________________________
______________________________
______________________________
______________________________

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result: ______________________________

(8) Date of result (if you know): ______________________________

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☐

(3) Third petition: Yes ☐ No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

______________________________
______________________________
______________________________

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Conviction obtained by use of two involuntary cofessions.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The trial justice erred in refusing to grant Mario Monteiro's motion to suppress both of his confessions on the grounde that they were involuntarily made. Mr Monteiro was a minor with a 10th grade education who hadnever been arrested before. The police interrogated him for 7 hours, lied to him, and manipulated his legal guardian into being his adversary and getting him to confess.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ______

GROUND TWO: Conviction obtained when case proceeded after unfair, inflammatory comment was made by prosecutor in opening statement.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The trial justice erred in overruling Mario Monteiro's objection after the prosecutor attempted to envoke the jury's sympathy for the decedent in her opening statement by comparing him ( a family man with a job) to the defendant ( a young gang member).

__________

(b) If you did not exhaust your state remedies on Ground Two, explain why: __________

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: __________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: __________

Name and location of the court where the motion or petition was filed: __________

Docket or case number (if you know): __________

Date of the court's decision: __________

Result (attach a copy of the court's opinion or order, if available): __________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __________

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ______

GROUND THREE: Conviction obtained pursuant to an unconstitutional statute, resulting in a consecutive life sentence.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): R.I.G.L. § 11-47-3.2(b)(3)(c), discharging of a firearm resulting in death, violates double jeopardy and separation of powers, and constitutes cruel and unusual punishment

(b) If you did not exhaust your state remedies on Ground Three, explain why: ______

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☒

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ____________________

Name and location of the court where the motion or petition was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ____________________

____________________

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

____________________

____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ____________________

____________________

____________________

____________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ____________________

____________________

____________________

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☒ No ☐

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ______

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ______

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Mark L. Smith, 176 Eddie Dowling Highway, North Smithfield, R.I. 02896

(b) At arraignment and plea: same as above

(c) At trial: same as above

(d) At sentencing: same as above

(e) On appeal: Catherine Gibran, Office of the Public Defender, 160 Pine St., Providence, R.I. 02903

(f) In any post-conviction proceeding: ______

(g) On appeal from any ruling against you in a post-conviction proceeding: ______

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______________________

______________________

(b) Give the date the other sentence was imposed: ______________________

(c) Give the length of the other sentence: ______________________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* ______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

______________________

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: Whatever relief the petitioner may be entitled to in this proceeding

or any other relief to which petitioner may be entitled.

_______________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on February, 9 2008 (month, date, year).

Executed (signed) on ____________________ (date).

Mario Monteiro
Signature of Petitioner

Mario Monteiro
P.O. Box 8273
Cranston, R.I. 02920

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________________________
______________________________________________
______________________________________________

IN FORMA PAUPERIS DECLARATION

______________________________
[Insert appropriate court]

* * * * *

U.S. district Court

One Exchange Terrace

Providence, R.I. 02903