UNITED STATES DISTRICT COURT – D.R.I.

| | | |
|---|---|---|
| MARIO MONTEIRO | : | |
| vs. | : | No. |
| RHODE ISLAND DEPARTMENT OF CORRECTIONS, AND ASHBEL T. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS | : | CA 08 71 S |

**MOTION FOR APPOINTMENT OF COUNSEL**

Now comes the Petitioner, Mario Monteiro, and respectfully requests that this Honorable Court appoint counsel to represent him in the above-captioned case.

As reasons therefor, the Petitioner states that:

1. He has two consecutive life sentences from the Rhode Island Superior Court.
2. He is unschooled in legal matters and is not highly educated.
3. This case raises – in the first instance before this Court, a very important issue already fully decided below: the constitutionality of R.I. General Laws § 11-47-3.2(b)(3) and (c), which mandates a consecutive life sentence if a gun is used in any killing, not just a murder. The issue raises many important constitutional questions, all of which the Rhode Island Courts decided against me. There are a number of Rhode Island inmates serving time under this statute.
4. Your Petitioner was waived over from the Family Court as a juvenile, is indigent, and cannot afford a lawyer.

WHEREFORE, the Petitioner, Mario Monteiro, respectfully requests appointment of counsel to represent him on his habeas petition.

Respectfully submitted,

Mario Monteiro

MARIO MONTEIRO
*Pro se*

Inmate #119613
P.O. Box 8273
Cranston, RI 02920

Date: February 9, 2008.