**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**MARIO MONTEIRO**

v. C.A. No. 08-071 S

**STATE OF RHODE ISLAND,**
and **A.T. WALL**, Director of the Rhode
Island Department of Corrections, et al.

**O R D E R**

The Attorney General of the State of Rhode Island is hereby designated a party-respondent in the above entitled proceeding and is hereby directed to file a Response to the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Said Response shall be filed within twenty days of the date of this Order.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 11 MAR 08