UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARIO MONTEIRO

v. C.A. No. 08-071 S

A.T. WALL

## Memorandum and Order

Mario Monteiro, *pro se*, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the court is the motion of the petitioner for leave to proceed in forma pauperis without prepayment of fees pursuant to 28 U.S.C. § 1915. After consideration of the motion, said motion is **DENIED.** Petitioner has the funds to pay the $5.00 filing fee.

IT IS SO ORDERED.

[signature]

Jacob Hagopian
Senior United States Magistrate Judge
Date: 18 March 2008