**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Mario Monteiro**
**Plaintiff**

**V.** **Case Number: C.A. NO. 08-71S**

**State of Rhode Island, and**
**A.T. Wall, Director of the Rhode**
**Island Department of Corrections, et al**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendants, State of Rhode Island , AT. Wall, Director, of the Rhode Island Department of Corrections against the Plaintiff, Mario Monteiro pursuant to the Court's Text Order dated April 23, 2008 granting Defendant's Motion to Dismiss Petitioner's Writ of Habeas Corpus.**

**BY ORDER:**

**April 23, 2008**
**Date**

**Deputy Clerk**